IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:04-cv-8-F |
| | ) WO |
| PARCELS OF PROPERTY LOCATED | ) |
| AT 14 LEON DRIVE, HOUSTON | ) |
| COUNTY, ALABAMA, WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS THEREON, *et al.,* | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

On May 19, 2005, the court held a preliminary pretrial hearing for this case. At the hearing, the Government represented that there are genuine issues of material fact as to where the criminal conduct relevant to this case occurred and what the proper boundaries are for the land that the Government claims should be forfeited. Therefore, it is ORDERED that:

1. The Government is DIRECTED to conduct further research to confirm the locations in which it alleges the criminal conduct at issue in this case occurred and to correct any omissions, erroneous inclusions, typographical errors, or other problems with the legal description of the property sought by the Government. The Government has represented to the court that the Government will bring to bear all time and resources necessary to resolve any discrepancies no later than May 31, 2005.

2. The Government is DIRECTED to file an Amended Verified Complaint on or

before May 31, 2005 incorporating, *inter alia*, any relevant research gleaned from the Government's research in #1.

3. All potential claimants SHALL file any objections or answers to the Amended Complaint on or before June 2, 2005.

4. The parties are DIRECTED to submit a proposed pretrial order to this court's proposed order [*propord_fuller@almd.uscourts.gov*] box no later than June 2, 2005.

5. This cause is set for a pretrial hearing on Friday, June 3, 2005 at 10:00 A.M. in Courtroom 2A. The court will hear oral argument on all pending motions at that time.

6. In light of the representations of disputed facts made by the parties at the preliminary pretrial hearing and having further reviewed the Motions for Summary Judgment made by the United States (Doc. 29) and Compass Bank (Doc. 31), said motions are DENIED.

7. The Government's Motions in Limine (Docs. 50, 57, & 58) are DENIED inasmuch as this case is a non-jury case.

DONE this the 26th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
